# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Dommihic McElwee-Davis
435 La Grave Ave SE Apt 303
Grand Rapids MI 49503

Plaintiff(s),

v

Bimbo Bakery / Tanya Ross
210 28th St SE
Grand Rapids MI 49548

Defendant(s).

Tany Ross- HR

**FILED - GR**

October 4, 2022 3:33 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 10-5

**1:22-cv-916**

Case No.
Honorable

**Hala Y. Jarbou**
**Chief U.S. District Judge**

1) Im asserting a civil suit

2) I have filed a case with US Equal Employment Opportunity Commission as well as filed several grievances with the defendants themselves to resolve this issue which resulted in termination. I believe this matter should be looked over by a higher authority. This court is the next step above the defendants as well as EEOC to get compensation for this wrong doing.

3) Facts of my claim: I feel discriminated against for the simple fact I never recieved a warning and was terminated on the first attempt while a well known individual committed the same act but got to keep his employment. Protocal wasnt followed in my situation and when I fought for my job back it endend in termination. The person who trained me for my position indulge in the same activity I was fired for everyday. (discrimination). I feel these laws were broken Code §1691e Civil liability, 18 US Code §241 Conspiracy against rights as well as 18 US Code §242 Deprivation of rights under color of law.

4) I do not demand a jury

5) Seeking finacial compensation

Domminick McElwee Davis
435 La Grave Ave SE Apt 303
Grand Rapids MI 49503
(616) 278-9701

10/4/22